IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WHITNEY BANK, A Mississippi State chartered bank, formerly known as Hancock Bank,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 14-0529-CG-B** |
| ) | |
| **TKR TECHNOLOGIES, INC., and TIFFANY J. LEVY,** )<br>)<br>) | |
| **Defendants.** ) | |

**ORDER**

This cause is before the court on the Notice of Bankruptcy of Tiffany J. Levy (Doc. 15) filed by the Plaintiff, in which Plaintiff advises that Tiffany J. Levy filed a voluntary petition for bankruptcy under Chapter 7 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Alabama (Case No. 15-00138).

Pursuant to 11U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action.  Therefore, this action is hereby **STAYED** as to Tiffany J. Levy.

The Plaintiff is **ORDERED** to notify the court within thirty (30) days of the resolution of the bankruptcy proceedings, or of a lift of the stay, at which time this action will be re-instated against Tiffany J. Levy.

Upon review of the Bankruptcy Petition, the court notes that Mrs. Levy represents that TKR Technologies, Inc. has not been in existence as an operating

entity since August 2013, and that the building, from which the business was operating, was foreclosed upon by Hancock Bank on July 9, 2014.  **On or before February 17, 2015**, the Plaintiff is **ORDERED** to show cause why this action should not be stayed in its entirety.

**DONE and ORDERED** this 3rd day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE